```
CORY BIRNBERG, CSBN 105468
JOSEPH SALAMA, CSBN 212225
Birnberg & Associates
  703 Market Street, Suite 600
  San Francisco, CA 94103
  Telephone: (415) 398-1040
  Facsimile:  (415) 398-2001
Attorneys for Plaintiff Stephanie Ruscigno


KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON CSBN 88143
Chief, Civil Division
JULIE A. ARBUCKLE CSBN 193425
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7102
  Facsimile:  (415) 436-6748
Attorneys for Defendant United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Stephanie L. Ruscigno, | ) | Nos.  C 04-0840 CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| United States Government, | ) | |
| Defendant. | ) | |

Plaintiff Stephanie L. Ruscigno ("Plaintiff"), and Defendant the United States of America (the "United States") hereby agree and stipulate as follows:

WHEREAS the parties filed a stipulation and order, which was entered by the Court, continuing the deadline for hearing dispositive motions in the above-referenced case to July 8, 2005; and

WHEREAS that stipulation and order inadvertently did not include any date for a case management conference;

Plaintiff and the United States HEREBY STIPULATE AND AGREE that a case management shall be

1  set for August 12, 2005 at 1:30 p.m. in Courtroom 2, at 1301 Clay Street, 4th Floor, in Oakland, California.

2  Respectfully submitted,

3  BIRNBERG & ASSOCIATES                           KEVIN V. RYAN
                                                    United States Attorney

5  _____/s/_____                          _____/s/_____
   Cory Birnberg                                    Julie A. Arbuckle
   Attorneys for Plaintiff                          Assistant United States Attorney

7  Dated: July 11, 2005                            Dated: July 11, 2005

8  IT IS SO ORDERED.

       7/18/05                                      /s/ CLAUDIA WILKEN
10 Dated:_____                         _____
                                                    CLAUDIA WILKEN
11                                                  United States District Judge