| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
| 2 | **Cory A. Birnberg, Esq. (SBN #105468)**<br>703 Market St. # 600 |
| 3 | San Francisco, California 94103<br>Telephone Number: (415) 398-1040 |
| 4 | Facsimile Number: (415) 398-2001 |
| 5 | **Attorneys for Plaintiff**<br>**STEPHANIE RUSCIGNO** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEPHANIE RUSCIGNO,** | ) | **Case No.: C-04-0840-CW** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **REGARDING SETTLEMENT** |
| v. | ) | **CONFERENCE AND** |
| | ) | **MEDIATION PURSUANT TO** |
| | ) | **LOCAL ADR RULE 6** |
| **UNITED STATES GOVERNMENT** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Plaintiff Stephanie L. Ruscigno ["Ms. Ruscigno"], and Defendant the United States of America ["Defendant"] hereby agree and stipulate as follows:

WHEREAS the parties are interested conducting a settlement conference in this matter before trial;

WHEREAS trial is scheduled for October 24, 2005;

Ms. Ruscigno and Defendant HEREBY STIPULATE AND AGREE that a settlement conference be heard with Magistrate Judge Elizabeth D. Laporte on any of the following dates: August 5th, 8th, 9th, 10th, 24th, or 26th, 2005 anytime, or on August 25th 2005 (limited to 3.5 hours in the morning).

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**STIPULATION AND ORDER**        1        **Case No.: C-04-0840-CW**

1  In the event that Magistrate Laporte is not available on those dates, Ms. Ruscigno
2  and Defendant HEREBY STIPULATE AND AGREE that a settlement conference be heard
3  with Magistrate Judge Edward M. Chen on one of the aforementioned dates.
4  In the event that Magistrate Chen is not available within that time, Ms. Ruscigno
5  and Defendant HEREBY STIPULATE AND AGREE that a mediator shall be chosen and
6  
7  that the parties shall attempt to mediate this matter on one of the aforementioned dates from
8  the Court's Mediation Panel pursuant to Local ADR Rule 6.

Respectfully submitted,
BIRNBERG & ASSOCIATES

KEVIN V. RYAN
United States Attorney

__/s/ Cory A. Birnberg_____
Cory A. Birnberg
Attorneys for Plaintiff
Dated: 22 July 2005

__/s/ Julie A. Arbuckle_____
Julie A. Arbuckle
Assistant United States Attorney
Dated: 22 July 2005

IT IS SO ORDERED.

Dated:  8/10/05

_____
CLAUDIA WILKEN
United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION AND ORDER                2                Case No.: C-04-0840-CW