**BIRNBERG & ASSOCIATES**
**Cory A. Birnberg, Esq. (SBN #105468)**
**703 Market St. # 600**
**San Francisco, California 94103**
**Telephone Number: (415) 398-1040**
**Facsimile Number: (415) 398-2001**

**Attorneys for Plaintiff**
**STEPHANIE RUSCIGNO**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE RUSCIGNO,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES GOVERNMENT**<br><br>**Defendant.** | Case No.: C-04-0840-CW<br><br>**STIPULATION RE DISMISSAL AND ORDER THEREON**<br><br>FRCP 41(a) |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Stipulation of Compromise Settlement, Plaintiff Stephanie Ruscigno voluntarily dismisses the entire above-captioned action against Defendants the United States of America and the General Services Administration with prejudice. The parties each agree to bear their respective costs and attorneys' fees with respect to this action.

Respectfully submitted,
BIRNBERG & ASSOCIATES

__/s/ Cory A. Birnberg____
Cory A. Birnberg
Attorneys for Plaintiff
Dated: 3 October 2005

KEVIN V. RYAN
United States Attorney

__/s/ Julie A. Arbuckle_____
Julie A. Arbuckle
Assistant United States Attorney
Dated: 3 October 2005

1
2
**ORDER**

3
Based upon the foregoing Stipulation and good cause appearing therefor,

4
IT IS SO ORDERED.

5
/s/ CLAUDIA WILKEN

6
Dated:  10/6/05
_____

CLAUDIA WILKEN
7
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001